IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY S. WILLIAMS, | Civil No. 3:21-cv-853 |
| Plaintiff | (Judge Mariani) |
| v. | |
| CORRECTIONS OFFICER II JONES, CORRECTIONS OFFICER I JOHN DOE, | |
| Defendants | |

## ORDER

**AND NOW**, this 27th day of June, 2022, upon consideration of Defendant Jones' motion (Doc. 24) for summary judgment, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 24) is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendant Jones and against Plaintiff.

3. The action against the John Doe Defendant is **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 4(m).

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

*[signature]*

Robert D. Mariani
United States District Judge